IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:  CASE NO. 21-15791-RAM

RUBEN OCHOA  CHAPTER 13

Debtors,
_____/

## RENEWED MOTION TO AVOID JUDICIAL LIEN OF ASSET ACCEPTANCE, LLC.

The Debtor, RUBEN OCHOA (hereinafter referred to as "Debtor"), by his counsel, respectfully moves this Court for order avoiding judicial lien of the ASSET ACCEPTANCE, LLC. on real property, and in support thereof would show as follows:

1. On June 14, 2021, the Debtor filed a voluntary petition for relief under Chapter 13 of title 11 of the United States Code.

2. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C §522(f) to avoid and cancel a judicial lien held by ASSET ACCEPTANCE, LLC on real property exempted as the Debtor's homestead.

3. The Debtor's homestead property address is 15832 SW 299TH TERRACE, MIAMI, FL 33033. The homestead property's legal description is as follows:

> **Lot 8, Block 6, GREENWOOD VILLAS,
> according to the Plat recorded in Plat Book 126,
> Page 60, as recorded in the Public Records of
> Miami-Dade County, Florida, said land situate,
> Lying and being in Miami-Dade County, Florida.**

4. On October 30, 2012, ASSET ACCEPTANCE, LLC., recorded a default final judgment which was recorded in Book 28334, Page 2352. On February

10, 2016, a certified copy of the default final judgment and/or judicial lien against the Debtor's homestead located at 15832 SW 299TH TERRACE, MIAMI, FL 33033, was recorded in Book 29957 Page 847; in the public records of Miami-Dade County, Florida, and the copies of the default judgment and certified judgment and/or lien are attached hereto as Composite Exhibit "A".

5. Debtor's interest in the subject real property is fully exempt in the pending bankruptcy case.

6. The existence of ASSET ACCEPTANCE, LLC'S lien and/or judicial judgment on Debtor's real property impairs exemptions to which the Debtor would be entitled under 11 U.S.C § 522(b).

**WHEREFORE,** the Debtor RUBEN OCHOA respectfully moves this court to enter an order avoiding and canceling the above-referred judicial lien in the above mentioned property, and for such additional or alternative relief as may be just and proper.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
Tel: (305) 547-1234
Fax: (305) 266-1151
Email: bk@coronapa.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion was served on the _17th_ day of September, 2021 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 547-1234
Fax: 9305)266-1151
e-mail:  bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 21-15791-RAM**

**Sent via Electronic Means**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent via Electronic Means**
**Nancy K. Neidich, Chapter 13 Trustee**
P.O. Box  279806
Miramar, FL 33027

**Sent by U.S. Mail**
Ruben Ochoa
15832 SW 299 Terr
Miami, FL 33033

**Sent by U.S. Certified Mail**
Asset Acceptance, LLC
c/o Asset Acceptance Capital Corp - Manager
320 E. Big Beaver Rd., Suite 300
Troy, MI 48083

**Sent by U.S. Certified Mail**
Asset Acceptance, LLC
c/o Midland Credit Management, Inc. – Registered Agent
13008 Telecom Drive, Sute 100, Suite 350
Tampa, FL 33637

**Sent by U.S. Certified Mail**
Asset Acceptance, LLC
c/o Ryan Bell – President
350 Camino de la Reina, Suite 300
San Diego, CA 92108

IN THE COUNTY COURT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

ASSET ACCEPTANCE, LLC
Plaintiff,

-vs-

Case No. 12-13380-CC-25-01

RUBEN OCHOA,
Defendant

## DEFAULT FINAL JUDGMENT

THIS CAUSE was heard after entry of default against the Defendant and

**IT IS ORDERED AND ADJUDGED** that Plaintiff, ASSET ACCEPTANCE, LLC, P.O. BOX 2036, WARREN, MI 48090 recover from Defendant, RUBEN OCHOA, 15832 SW 299TH TER, MIAMI, FL 33033 the sum of $10,620.32 in principal, $87.07 in prejudgment interest, costs of $355.00, less $0.00 in payments, for a total of **$11,062.39**, that shall bear interest at the prevailing statutory interest rate in accordance with the section 55.03 Florida Statues, for which let execution issue,

**IT IS FURTHER ORDERED AND ADJUDGED** that the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney within forty five (45) days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed. Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney.

**DONE AND ORDERED** in chambers, at MIAMI-DADE County, Florida, on this _____ day of _____, 2012.

OCT 2 2 2012

JUDGE
Gloria Gonzalez-Meyer
County Court Judge

Copies to:

FULTON, FRIEDMAN & GULLACE, LLP
*On Behalf of Plaintiff*, ASSET ACCEPTANCE, LLC
PO BOX 9059
BRANDON FL 33509-9059

Defendant(s):
RUBEN OCHOA
15832 SW 299TH TER
MIAMI FL 33033

SRS B

FL_0402G File No.: 12-547901

Default Final Judgment

Exhibit "A"