**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN THE MATTER OF:                               CASE NO. 21-15791-RAM

RUBEN OCHOA                                      CHAPTER 13

    Debtor,
_____/

## CERTIFICATE OF SERVICE

    I certify that a true copy of the Notice of Hearing for the Motion to Avoid Lien of Asset Acceptance, LLC, D.E#44 was served  on the  17th  day of  September, 2021 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

CORONA LAW FIRM, P.A.


/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 547-1234
Fax: 9305)266-1151
e-mail:  bk@coronapa.com


**Credit Mailing Matrix**
**Case No.: 21-15791-RAM**


**Sent via Electronic Means**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent via Electronic Means**
**Nancy K. Neidich, Chapter 13 Trustee**
P.O. Box  279806
Miramar, FL 33027

**Sent by U.S. Mail**
Ruben Ochoa
15832 SW 299 Terr
Miami, FL 33033

**<u>Sent by U.S. Certified Mail</u>**
Asset Acceptance, LLC
c/o Asset Acceptance Capital Corp - Manager
320 E. Big Beaver Rd., Suite 300
Troy, MI 48083

**<u>Sent by U.S. Certified Mail</u>**
Asset Acceptance, LLC
c/o Midland Credit Management, Inc. – Registered Agent
13008 Telecom Drive, Sute 100, Suite 350
Tampa, FL 33637
**<u>Sent by U.S. Certified Mail</u>**
Asset Acceptance, LLC
c/o Ryan Bell – President
350 Camino de la Reina, Suite 300
San Diego, CA 92108