IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                                CASE NO. 21-15791-RAM
RUBEN OCHOA                                      CHAPTER 13

    **Debtors,**
_____/

<u>**OBJECTION TO CLAIMS ON SHORTENED NOTICE**</u>

**IMPORTANT NOTICE TO CREDITORS: THIS IS AN OBJECTION TO YOUR CLAIM**

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING (SEE LOCAL RULE 3015-3(A)(2))**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedite hearing on this objection will be schedule on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(b)(2).**

    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtors object to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 9-1 | LMC FUND I, LLC | Debtor, RUBEN OCHOA, objects to Claim Number 9-1 filed on August 16, 2021, for several reasons. The first reason is that Creditor LMC Fund I, LLC is not the holder and/or owner of the Note and Mortgage. The Creditor does not have standing and and cannot bring this claim. There was never a proper transfer and/or assignment of this subject mortgage and/or note.  Secondly, the 2nd mortgage failed to communicate any kind of transfer of ownership to the Debtor. Thirdly, for many years, the Debtor received no statements and/or correspondence from the 2nd mortgage. The Debtor even attempted to refinance and/or sell the property, but the professionals were not able to locate the 2nd mortgage. |

In addition, the Creditor and/or its predecessors failed to provide statements to the Debtor for many years. Therefore, the Creditor cannot charge interest and/or fees for these years pursuant to 12 CFR Part 1026.41 (Regulation Z).

The amount of the Proof of Claim must be reduced to comply with the Statute of Limitations and case law.

Finally, the Proof of Claim is insufficient due to lack of supporting documentation. There is no account history attached to the Proof of Claim. Therefore, the amount of claim is not substantiated. In addition, there are no assignments and/or other documents demonstrating the Creditor's ownership and/or interest in this claim.

Debtor, Ruben Ochoa, request the following Disposition: disallow and strike Claim 9-1 or alternative reduce the amount of the Claim.

.

_____

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: September 30, 2021

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 21-15791-RAM**

| | |
|---|---|
| **Sent Via Electronic Service** <br> **Office of US Trustee** <br> 51 SW 1st Avenue, Ste 1204 <br> Miami, FL 33130 | **Sent Via Electronic Service** <br> **Nancy Neidich Trustee** <br> PO Box 279806 <br> Miramar, FL 33027 |

**Sent by US Mail**
**Ruben Ochoa**
15832 SW 299th Terrace
Homestead, FL 33033

| | |
|---|---|
| **Sent Via Electronic Service** <br> Sean K. Mills, Esq. <br> O'Kelley and Sorohan, LLC <br> Attorneys for Creditor <br> 301 E. Pine St., Suite 125 <br> Orlando, FL 32801 <br> Email: smills@oslawllc.com | **Sent by US Certified Mail** <br> LMC FUND I, LLC <br> c/o Allied Servicing Corporation <br> 301 N. Argonne Rd. <br> Spokane, WA 99212 |

**Sent by US Certified Mail**
Fred Moskowitz – Manager
LMC FUND I, LLC
2332 Frankford Avenue
Philadelphia, PA 19125