

ORDERED in the Southern District of Florida on October 21, 2021.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                             CASE NO.: 21-15791-RAM

RUBEN OCHOA                                                        CHAPTER 7

    Debtors,
_____/

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF ASSET ACCEPTANCE, LLC ON REAL PROPERTY, DE 43

THIS CAUSE having come before the court on October 20, 2021, upon the Debtor's Motion to Avoid Judicial Lien of Asset Acceptance, LLC on Real Property (**DE 43**), during the Chapter 13 consent calendar, no response being filed, no opposition being heard, and having been advised on the premises, it is hereby **ORDERED** as follows:

1. The Motion to Avoid Judicial Lien of Asset Acceptance, LLC, DE 43, for Debtor's homestead located at 15832 SW 299th Terrace, Miami, FL 33033 with the legal description of

   > **LOT 8, BLOCK 6, GREENWOOD VILLAS, according to the Plat recorded in Plat Book 126, Page 60, as recorded in the Public Records of Miami-Dade County, Florida, said land situate, Lying and being in Miami-Dade County, Florida**

   is hereby **GRANTED.**

2. The judicial lien of Discover Bank recorded in Book 28334, Page 2352, in the public records of Miami-Dade County, Florida, is hereby avoided and cancelled.

***

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305)26611-51 Fax
Email: bk@coronapa.com


Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.