UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☒ | 2nd | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Ruben Ochoa    JOINT DEBTOR: _____    CASE NO.: 21-15791-RAM

SS#: xxx-xx-0331    SS#: xxx-xx-_____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☒ | ☐ |
| Nonstandard provisions, set out in Section IX | ☐ | ☒ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $225.00    for months  1  to  5 ;
2. $614.75    for months  6  to  10 ;
3. $615.64    for months  11 to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4,525.00 | Total Paid: | $2,500.00 | Balance Due: | $2,025.00 |
|---|---|---|---|---|---|
| Payable | $202.50 | /month (Months 1 to 10 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$4000 BK Case, $525 Motion to Avoid

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: LMC Fund I, LLC c/o Allied Servicing Corp

   Address: 3019 N Argonne Rd
   Spokane, WA 99212

   Arrearage/ Payoff on Petition Date  $19,292.68
   [Select Payment Type]    $350.77  /month (Months 6 to 60 )

   Last 4 Digits of Account No.:  7472

   Other: _____

Debtor(s): Ruben Ochoa    Case number: 21-15791-RAM

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
15832 SW 299 Terrace
Homestead, FL 33033

☐ Personal Property/Vehicle

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ☐ NONE

■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1. Creditor: Asset Acceptance, LLC
   Address: PO BOX 939050
   San Diego, CA 92193
   Collateral: 15832 SW 299 Terrace Homestead, FL 33033
   Exemption:

Last 4 Digits of Account No.:

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Nationstar | 3006 | 15832 SW 299 Terrace Homestead, FL 33033 |
| 2. | Greenwood Villas | | 15832 SW 299 Terrace Homestead, FL 33033 |
| 3. | Ally Financial | 4877 | 2018 Toyota Corolla |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

A. Pay $203.31 /month (Months 11 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

VI. **STUDENT LOAN PROGRAM** ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

IX. **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Ruben Ochoa          Case number: 21-15791-RAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/Ruben Ochoa | Debtor | 11/8/2021 | | Joint Debtor | |
|---|---|---|---|---|---|
| Ruben Ochoa | | Date | | | Date |

Ricardo Corona, Esq.          11/8/2021
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**