

ORDERED in the Southern District of Florida on November 17, 2021.

Robert A. Mark, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                       CASE NO.  21-15791-RAM
RUBEN OCHOA                             CHAPTER 13

    Debtors,
_____/

### AGREED ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO CLAIM 9-1, DE 57

**THIS CAUSE** came before **t**his Court on Objection  (DE 57 ) to Claim 9-1, the parties having reached an agreement, and being otherwise duly advised in the premises, it is

**HEREBY ORDERED** that Debtor's objection is sustained in part and denied in part.

1. Claim 9-1 will be allowed as a secured claim which will be treated in the Debtor's plan, but the amount of the Claim 9-1 is reduced to $19,292.68.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email; bk@coronapa.com


The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).