UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 2nd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ruben Ochoa          JOINT DEBTOR: _____          CASE NO.: 21-15791-RAM

SS#: xxx-xx- 0331            SS#: xxx-xx- ____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☒ Included | ☐ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $409.83    for months  1  to  15 ;
2. $251.00    for months  16 to  60 ;
3. $0.00      for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| Total Fees: | $4,525.00 | Total Paid: | $2,500.00 | Balance Due: | $2,025.00 |
|---|---|---|---|---|---|
| Payable | $135.00 | /month (Months 1 to 15 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$4000 BK Case, $525 Motion to Avoid

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: LMC Fund I, LLC c/o Allied Servicing Corp | | |
|---|---|---|
| Address: 3019 N Argonne Rd Spokane, WA 99212 | Arrearage/ Payoff on Petition Date | $19,292.68 |
| | Arrears Payment (Cure) | $233.85 /month (Months 1 to 15 ) |
| Last 4 Digits of Account No.: 7472 | Paid outside bankruptcy | $0.00 /month (Months 16 to 60 ) |

LF-31 (rev. 04/01/22)                    Page 1 of 3

Debtor(s): Ruben Ochoa    Case number: 21-15791-RAM

| Other: | Paid outside starting month 16 due to reverse mortgage |
|---|---|

☒ Real Property
    ☒ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
☒ Escrow is included in the regular payments
☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
15832 SW 299 Terrace
Homestead, FL 33033

☐ Personal Property/Vehicle

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☐ NONE

Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| 1. Creditor: Asset Acceptance, LLC | Collateral: | 15832 SW 299 Terrace |
|---|---|---|
| Address: PO BOX 939050 | | Homestead, FL 33033 |
| San Diego, CA 92193 | Exemption: | |
| Last 4 Digits of Account No.: 6330 | | |

**D. SURRENDER OF COLLATERAL:** ☒ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Nationstar Mortgage | 3006 | 15832 SW 299 Terrace Homestead, FL 33033 |
| 2. | Greenwood Villas | | 15832 SW 299 Terrace Homestead, FL 33033 |
| 3. | LMC Fund I, LLC c/o Allied Servicing Corp | 7472 | 15832 SW 299 Terrace Homestead, FL 33033 |
| 4. | Ally Financial | 4877 | 2018 Toyota Corolla |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

    A. Pay    $225.90    /month (Months   16   to   60   )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:**    ☒ NONE

Debtor(s): Ruben Ochoa                     Case number: 21-15791-RAM

| | | |
|---|---|---|
| VI. | **STUDENT LOAN PROGRAM** ☒ NONE | |
| VII. | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE | |
| VIII. | **INCOME TAX RETURNS AND REFUNDS:** | |
| | ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521. | |
| IX. | **NON-STANDARD PLAN PROVISIONS** ☒ NONE | |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Ruben Ochoa          Debtor    10/12/2022                          Joint Debtor
Ruben Ochoa                         Date                                                                        Date

Ricardo Corona, Esq.          10/12/2022
                                             Date
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.